UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
FEDERICO PIGNATELLI and THE  :
PIGNATELLI TRUST,  :
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiffs,  :
　　　　　-against-  :　　　　23-CV-5363 (VEC)
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:　　　　ORDER
PACIFIC INDEMNITY COMPANY,  :
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

　　　　WHEREAS the parties met telephonically on August 12, 2024;

　　　　IT IS HEREBY ORDERED that the August 21, 2024, deadline for the parties to submit a joint status update is ADJOURNED *sine die*.

　　　　IT IS FURTHER ORDERED that the parties must submit a proposed briefing schedule for Defendant's anticipated motion for summary judgment not later than **Wednesday, August 21, 2024**. To the extent there are any significant developments with the Department of Buildings or in the related case pending in New York Supreme Court between now and August 21, 2024, those developments should be included in the letter with the proposed briefing schedule.

**SO ORDERED.**

Date:  August 12, 2024　　　　　　　　　　　　　_____
　　　　New York, New York　　　　　　　　　　　　VALERIE CAPRONI
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge